ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1254
Email: BJohnson@ag.nv.gov

*Attorneys for Defendants
Rafael Aguilera and Christine S. Moninghoff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAROLD D. HARDEN,<br><br>                Plaintiff,<br><br>v.<br><br>DR. MONNINGHOFF, *et al.*,<br><br>                Defendants. | Case No.  2:14-cv-00377-APG-PAL<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

    Defendants, Rafael Aguilera and Christine S. Moninghoff, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby notify the Court and respective parties that Deputy Attorney General Benjamin R. Johnson has assumed responsibility for representing the interests of Defendants in this action.

    Deputy Attorney General Kali F. Miller has left the office of the Attorney General, is no longer responsible for the handling of this case and should be removed from CMECF notices for this case.

///
///
///
///
///

It is further requested all future pleadings be served upon, and any contact by the court personnel or Plaintiff be directed to Deputy Attorney General Benjamin R. Johnson.

DATED this 5th day of February, 2015.

ADAM PAUL LAXALT
Attorney General

By: _____
BENJAMIN R. JOHNSON
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED this 6th day of February, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 5th day of February, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **NOTICE OF CHANGE OF ATTORNEY**, to the following:

HAROLD HARDEN #96165
ELY STATE PRISON
P.O. BOX 1989
ELY, NV 89301

_____
An employee of the
Office of the Attorney General

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

3