ADAM PAUL LAXALT
Nevada Attorney General
ERIC N. TRAN
Deputy Attorney General
Nevada Bar No. 11876
Bureau of Litigation
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-2625
Facsimile: (702) 486-3773
Email: etran@ag.nv.gov
*Attorneys Defendants
Rafael Aguilera and Christine S. Moninghoff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD D. HARDEN, | Case No.: 2:14-cv-00377-APG-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL** |
| DR. MONNINGHOF, et al., | |
| Defendants. | |

Defendants, Rafael Aguilera and Christine S. Moninghoff, by and through counsel, ADAM PAUL LAXALT, Nevada Attorney General, and ERIC N. TRAN, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby provide notice to this Court and Plaintiff, HAROLD D. HARDEN, that ERIC N. TRAN, Deputy Attorney General, has been assigned to replace BENJAMIN R. JOHNSON, Deputy Attorney General, as lead counsel in the above-entitled action.

. . .

. . .

. . .

1  Please address all future correspondence and filings in the above-entitled action on
2  behalf of Defendants, to ERIC N. TRAN, Deputy Attorney General, State of Nevada, Office of
3  the Attorney General, 555 East Washington Avenue, Suite 3900, Las Vegas, Nevada 89101,
4  E-mail: etran@ag.nv.gov. Please remove BENJAMIN R. JOHNSON from all further
5  notifications on this matter.

DATED this 27th day of February, 2015.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By: /s/ Eric N. Tran
    ERIC N. TRAN
    Deputy Attorney General
    *Attorneys for Defendants*

**IT IS ORDERED** that Benjamin Johnson shall be removed from all notifications in this matter.

**DATED** this 4th day of March, 2015.

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 27th day of February, 2015, I served the foregoing, **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL**, by causing a true and correct copy thereof to be filed with the Clerk of the Court, using the electronic filing system, and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Harold Harden, #96165
Ely State Prison
P.O. Box 1989
Ely, Nevada  89301
*Plaintiff, Pro Se*

/s/   Carol A. Knight
CAROL A. KNIGHT
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL