1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

HAROLD HARDEN,

Plaintiff,

v.

DR. MONNINGOFF and S/O AGULAR,

Defendants.

Case No. 2:14-CV-00377-APG-PAL

**ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER**

(Dkt. #67, #77)

10   Plaintiff Harold Harden, a prisoner at Ely State Prison, has filed two motions for

11   injunctive relief.  The first requests that I transfer Harden to obtain a second opinion or for

12   surgery because Dr. Koehn, who is not a party to this case, is refusing to transfer him for surgery.

13   (Dkt. #67.)  The second states that he has cysts that are not being treated at the prison even though

14   he has been scheduled for surgery since October 2014. (Dkt. #77.)  He therefore requests a

15   transfer for surgery. (*Id.*)

16   Preliminary injunctive relief is appropriate where "the intermediate relief [is] of the same

17   character as that which may be granted finally." *De Beers Consol. Mines v. United States*, 325

18   U.S. 212, 220 (1945).  But a court cannot issue an injunction that "deals with a matter lying

19   wholly outside the issues in the suit." *Id.*

20   Harden's requested relief is wholly outside the issues in this lawsuit.  Harden's complaint

21   alleges that in April 2012, Dr. Monninghoff moved Harden to the mental health segregation unit

22   without prior notice and without his consent. (Dkt. #17 at 4.)  He also alleges he was forced to

23   take drugs that resulted in an allergic reaction. (*Id.*)  And he alleges defendant Aguilar transported

24   him to the mental health segregation unit against his will and without any notice or opportunity to

25   be heard. (*Id.*)  Because his requested injunctive relief relates to matters wholly outside this

26   lawsuit, I must deny his motions for injunctive relief in this lawsuit.

27

28

IT IS THEREFORE ORDERED that plaintiff Harold Harden's motion for temporary injunction (Dkt. #67) is DENIED.

IT IS FURTHER ORDERED that plaintiff Harold Harden's motion for a temporary restraining order (Dkt. #77) is DENIED.

DATED this 21st day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE