UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAROLD HARDEN, | Case No. 2:14-CV-00377-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RELIEF OF JUDGMENT AS A MATTER OF LAW** |
| DR. MONNINGOFF and S/O AGULAR, | |
| Defendants. | (Dkt. #76) |

Plaintiff Harold Harden filed a "motion for relief of judgment as a matter of law." (Dkt. #76. Harden objects that I granted an extension of time for the defendants to file responses to all pending motions. (Dkt. #70.) "[D]istrict judges have inherent power to control their dockets." *Gadda v. State Bar of Cal.*, 511 F.3d 933, 939 (9th Cir. 2007) (quotation omitted). The reasons given warranted an extension. (Dkt. ##68, 70.)

IT IS THEREFORE ORDERED that plaintiff Harold Harden's motion for relief of judgment as a matter of law **(Dkt. #76) is DENIED**.

DATED this 28th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE