UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAROLD HARDEN, | Case No. 2:14-cv-00377-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DENYING OBJECTION** |
| CHRISTINE MONINGOFF and RAFAEL AGUILERA,[1] | (ECF No. 185) |
| Defendants. | |

Plaintiff Harold Harden, a prisoner, filed this lawsuit alleging that in April 2012, defendant Christine Moninghoff moved him to the mental health segregation unit at High Desert State Prison ("HDSP") without prior notice and without his consent. ECF No. 17 at 4. He alleges that once there he was forced to take psychiatric drugs that resulted in an allergic reaction. *Id.* He also alleges that defendant Rafael Aguilera transported him to the mental health segregation unit against his will and without any notice or opportunity to be heard. *Id.*

I previously granted summary judgment in the defendants' favor. ECF No. 167. I also denied several of Harden's motions for reconsideration and other objections. ECF Nos. 175, 180, 184.

Harden objects again, this time arguing that an automatic stay under Federal Rule of Civil Procedure 62 somehow grants the court jurisdiction to rule on his prior motions despite the fact that Harden has filed a notice of appeal. Rule 62 has no application here. There was no monetary or injunctive relief granted in the judgment against Harden. *See* ECF Nos.167, 168. There is nothing to stay. Harden also repeats his arguments that this court has jurisdiction to resolve his

---

[1] Incorrectly identified in the complaint as Dr. Monninghoff and S/O Agular.

objections to my order denying his motion for a new trial.  I have already ruled on those arguments, and Harden presents no basis for reconsideration.

   IT IS THEREFORE ORDERED that plaintiff Harold Harden's objection **(ECF No. 185) is DENIED**.

   DATED this 28th day of February, 2017.

                      _____
                      ANDREW P. GORDON
                      UNITED STATES DISTRICT JUDGE